Timothy M. Lynch
HOZUBIN, MOBERLY,
LYNCH & ASSOCIATES, P.C.
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

Attorneys for Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVE MORGAN, individually, and d/b/a )<br>MORGAN LEASING a/k/a )<br>ALASKA PLANNING & PROSPECTING, )<br>and ALASKA PLANNING & )<br>PROSPECTING, LLC )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. |

**COMPLAINT FOR DECLARATORY RELIEF**
**(28 U.S.C. §2201 & 2202)**
**&**
**DEMAND FOR JURY TRIAL**
**(FRCP 38(b))**

**Demand For Jury Trial**

In accordance with Federal Rule of Civil Procedure 38(b) Great Divide Insurance

Company requests a jury trial upon all issues that are triable by a jury.

//

//

//

Complaint for Declaratory Relief & Demand for Jury Trial                    Page 1 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                         Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 1 of 10

**Complaint For Declaratory Relief**

Great Divide Insurance Company ("Great Divide"), by and through its counsel of record, Hozubin, Moberly, Lynch & Associates hereby asserts its complaint for declaratory relief as follows:

**Parties**

I

Great Divide is a corporation organized and existing under the laws of the State of North Dakota with its principal place of business in the State of Arizona.

II

Great Divide is authorized to transact business in the State of Alaska, has paid all required taxes and fees, has filed all required reports and has satisfied all other conditions precedent to bringing and maintaining this action.

III

Defendant, Dave Morgan ("Morgan"), is an individual residing in the State of Alaska with his principal residence in the city of Fairbanks, Alaska.

IV

Morgan Leasing ("Leasing") is an Alaska-based business owned and operated by Morgan with its principal location being in Delta Junction, Alaska.

V

Alaska Planning & Prospecting ("Alaska Planning") is an Alaska-based business owned and operated by Morgan with its principal location being in Delta Junction, Alaska

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Complaint for Declaratory Relief & Demand for Jury Trial                                  Page 2 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                       Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 2 of 10

VI

Alaska Planning & Prospecting, LLC is a limited liability company organized under the laws of the State of Alaska with its principal place of business at 770 Tumey Road, Delta Junction, Alaska 99737.

**Jurisdiction And Venue**

VII

This is an action for declaratory relief under 28 U.S.C. §2201 and for such additional and further relief as may be required to enforce a declaratory judgment in accordance with 28 U.S.C. §2202.

VIII

This court has subject matter jurisdiction under 28 U.S.C. §1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states with Great Divide being considered a resident of the State of North Dakota and all of the Defendants being considered residents of the State of Alaska.

IX

In accordance with 28 U.S.C. § 1391(b)(1) and (2) venue in this district is appropriate as the Defendants are residents of this district and the events discussed in this declaratory judgment complaint occurred in this district.

**Allegations In Support Of Declaratory Relief**

X

Great Divide issued two general liability insurance policies naming Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting as the named insured. Alaska Planning & Prospecting, LLC was not named as an insured on either policy. The declarations

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Complaint for Declaratory Relief & Demand for Jury Trial                                    Page 3 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                         Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 3 of 10

pages for both policies indicated that the form of business for the insured was "individual." The box to indicate a "limited liability company" as the form of business was left unchecked.

XI

The insurance policies were policy number GC952840 which was issued with a policy term of March 23, 2013 to March 23, 2014 and GC957018 with a policy term of March 23, 2014 to March 23, 2015. Insurance policy GC957018 was a renewal of insurance policy GC952840.

XII

A copy of insurance policy number GC952840 is attached as Exhibit 1.

XIII

A copy of insurance policy number GC957018 is attached as Exhibit 2.

XIV

On or about June 24, 2014 Zinon Kuzmin ("Kuzmin") filed a Complaint in the Superior Court for the State of Alaska, Third Judicial District at Anchorage against Alaska Planning and Prospecting, LLC and David Morgan bearing case number 3AN-14-7688CI.

XV

A copy of the Complaint referenced in paragraph XIII above is attached as Exhibit 3.

XVI

Kuzmin makes the following allegations in his Complaint:

1) Alaska Planning and Morgan designed and manufactured the Alaskan Grabber Gold Trommel (hereafter "Trommel");

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Complaint for Declaratory Relief & Demand for Jury Trial  Page 4 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*  Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 4 of 10

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

2) In July 2013 Kuzmin entered into a contract to purchase the Trommel for use during the 2013 mining season;

3) The transaction occurred in part in Anchorage, Alaska;

4) The purchase was based upon the representations made by Alaska Planning and Morgan;

5) After taking possession an inspection revealed that the engine and other parts were rebuilt or otherwise previously used;

6) The Trommel could not process the yardage of material per hour as advertised;

7) The welds on the machine were subject to failure and the machine kept breaking;

8) Based on the loss of use of the machine Kuzmin has suffered a loss of income in excess of $500,000 and related business expenses; and

9) Alaska Planning and Morgan now have custody of the Trommel.

XVII

Kuzmin has alleged five theories of liability which are:

1) Breach of contract;

2) Breach of implied warranty of merchantability;

3) Breach of implied warranty of fitness for particular purpose;

4) Fraud / misrepresentation; and

5) Violation of Alaska Unfair Trade Practices Act (AS 45.50.471).

//

//

Complaint for Declaratory Relief & Demand for Jury Trial                                Page 5 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                       Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 5 of 10

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

XVIII

The two insurance policies, Exhibits 1 and 2, are occurrence policies which provide for a $2,000,000 general aggregate limit and a $2,000,000 products / completed operations aggregate limit.

XIX

The two insurance policies, Exhibits 1 and 2, provide coverage only for damages which the insured is legally obligated to pay that were caused by an "occurrence" which is defined in the insurance policies to mean an accident which includes continuous or repeated exposure to substantially the same general harmful conditions.

XX

The two insurance policies, Exhibits 1 and 2, exclude coverage for property damage to the particular part of any of property that must be restored, repaired or replaced because the insured's work was incorrectly performed on it.

XXI

The two insurance policies, Exhibits 1 and 2, exclude coverage for property damage to the insured's work arising out of that work.

XXII

The two insurance policies, Exhibits 1 and 2, exclude coverage for property damage to the insured's products.

XXIII

"Property damage" is defined in both insurance policies, Exhibits 1 and 2, to mean physical injury to tangible property, including all resulting loss of use of that property.

Complaint for Declaratory Relief & Demand for Jury Trial                                      Page 6 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                              Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 6 of 10

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297   F: 907.276.5291

XXIV

When applying for the initial insurance policy, GC952840, and when applying for the renewal insurance policy, GC957018, Alaska Planning and Morgan represented to Great Divide that the businesses being insured were the leasing of equipment with operator and surface mining. Alaska Planning and Morgan never advised Great Divide that they were engaged in the business of designing, manufacturing and/or selling mining equipment including but not limited to a Trommel.

XXV

Alaska Planning and Morgan knowingly misrepresented to Great Divide the nature of their business operations in order to obtain both the original policy of insurance, GC952840, and the renewal of the same, GC957018. These misrepresentations were intentional, done with the knowledge that they were specifically prohibited by conditions set out in the application materials, and were designed to have Great Divide rely upon them to their detriment.

XXVI

Great Divide relied upon the representations of Alaska Planning and Morgan in issuing the policies of insurance, Exhibits 1 and 2.

XXVII

Kuzmin seeks a judgment against Morgan and Alaska Planning as follows:

1. Damages in an amount in excess of $100,000 with the exact amount to be proven at trial including the purchase prices of the Trommel and associated costs of repair;

2. Damages in excess of $500,000 for business losses;

Complaint for Declaratory Relief & Demand for Jury Trial                                Page 7 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                     Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 7 of 10

3. Treble damages in accordance with Alaska Statute 45.50.531;

4. Costs and attorney fees pursuant to AS 45.50.537 and Alaska R. Civ. P. 82;

5. Punitive damages; and

6. Pre- and post judgment interest.

## XXVIII

Alaska Planning & Prospecting, LLC is not a named insured under either insurance policy issued by Great Divide and identified as Exhibits 1 and 2.

## XXIX

A real and substantial controversy exists concerning the interpretation of the Great Divide insurance policies number GC952840 and GC957018, Exhibits 1 and 2, as to whether Great Divide has a duty to defend and/or indemnify Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting with regard to the claims asserted by Kuzmin and the allegations in the underlying Complaint.

## XXX

A real and substantial controversy exists regarding whether or not Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting have complied with all relevant conditions and obligations required to obtain insurance coverage provided by insurance policies number GC952840 and GC957018, Exhibits 1 and 2.

## XXXI

A real and substantial controversy exists regarding whether or not insurance policies number GC952840 and GC957018, Exhibits 1 and 2, provide coverage for defense and/or indemnification of Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting.

Complaint for Declaratory Relief & Demand for Jury Trial                                Page 8 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*                                          Civil Action No.
Case 4:14-cv-00023-JWS   Document 1   Filed 10/14/14   Page 8 of 10

## Prayer For Relief

Having set forth its complaint for declaratory relief, Great Divide prays for judgment as follows:

1) For a declaratory judgment determining that the Great Divide insurance policies number GC952840 and GC957018 do not provide coverage for the claims asserted by Kuzmin against Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting and the allegations in the underlying complaint.

2) That Alaska Planning and Prospecting, LLC is not an insured under the Great Divide insurance policies number GC952840 and GC957018.

3) That Dave Morgan d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting and any or all of their successors, heirs and assigns are enjoined from attempting to enforce the defense and/or indemnity provisions of insurance policy insurance policies number GC952840 and GC957018.

4) That Great Divide be awarded its costs and attorneys fees.

5) That Great Divide be awarded such additional and further relief as the facts and law warrant.

//
//
//
//
//
//
//

Complaint for Declaratory Relief & Demand for Jury Trial　　　　　　　　　Page 9 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*　　　　　　　　　Civil Action No.
Case 4:14-cv-00023-JWS　　Document 1　　Filed 10/14/14　　Page 9 of 10

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297　F: 907.276.5291

RESPECTFULLY submitted at Anchorage, Alaska this 14th day of October, 2014.

          HOZUBIN, MOBERLY, LYNCH & ASSOCIATES
          Attorneys for Great Divide Insurance Company

By: /s/ Timothy M. Lynch
    Timothy M. Lynch
    HOZUBIN, MOBERLY,
    LYNCH & ASSOCIATES
    711 M Street, Suite 2
    Anchorage, AK 99501
    (907) 276-5297 tel.
    (907) 276-5291 fax
    tlynch@northlaw.com
    Alaska Bar No. 7111030

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

Complaint for Declaratory Relief & Demand for Jury Trial        Page 10 of 10
*Great Divide Insurance Co. v. Dave Morgan, et al.*        Civil Action No.
Case 4:14-cv-00023-JWS    Document 1    Filed 10/14/14    Page 10 of 10