Timothy M. Lynch
Hozubin, Moberly, Lynch & Associates
711 M Street, Suite 2
Anchorage, Alaska 99501
(907) 276-5297 telephone
(907) 276-5291 facsimile
tlynch@northlaw.com

*Attorneys for Great Divide Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DAVE MORGAN, individually, and d/b/a )<br>MORGAN LEASING a/k/a )<br>ALASKA PLANNING & PROSPECTING, )<br>and ALASKA PLANNING & )<br>PROSPECTING, LLC )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 4:14-cv-00023-JWS |

**NOTICE OF DISMISSAL BEFORE ANSWER
IN ACCORDANCE WITH FRCP 41(a)(1)(A)(i)**

Plaintiff, Great Divide Insurance Company, by and through its counsel of record, Hozubin, Moberly, Lynch & Associates, hereby dismisses the above-referenced action against Dave Morgan, individually, and d/b/a Morgan Leasing a/k/a Alaska Planning & Prospecting, and Alaska Planning & Prospecting, LLC without prejudice.

Notice of Dismissal before Answer Page 1 of 2
*Great Divide Insurance Co. v. Dave Morgan, et al.* Civil Action No. 4:14-cv-00023-JWS
Case 4:14-cv-00023-JWS Document 19 Filed 04/16/15 Page 1 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291

RESPECTFULLY submitted this  16th day of April, 2015.

        Hozubin, Moberly, Lynch & Associates
        Attorneys for Plaintiff

By: s/ Timothy M. Lynch
      Timothy M. Lynch
      Hozubin, Moberly, Lynch & Associates
      711 M Street, Suite 2
      Anchorage, Alaska 99501
      (907) 276-5297 Telephone
      (907) 278-5291 Facsimile
      tlynch@northlaw.com
      Alaska Bar No. 7111030

Certificate of Service

The undersigned herby certifies that on  16th  day of April, 2015 a true and correct copy of the foregoing was served via U.S. Mail and email to the following:

Corinne Vorenkamp
Burns & Associates, PC
100 Cushman Street, Suite 311
Fairbanks, Alaska  99701
CVorenkamp@burnslawpc.com

   Vanessa Hope
_____
Hozubin, Moberly, Lynch & Associates

Notes of Dismissal before Answer                                               Page 2 of 2
*Great Divide Insurance Co. v. Dave Morgan, et al.*         Civil Action No. 4:14-cv-00023-JWS
Case 4:14-cv-00023-JWS    Document 19    Filed 04/16/15    Page 2 of 2

Hozubin, Moberly, Lynch & Associates
An Association of Professional Corporations
711 M Street, Suite 2, Anchorage, Alaska 99501
P: 907.276.5297  F: 907.276.5291